UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

----------------------------------------------------------------------x

ERIKA RANDOLPH, on behalf of herself and all others similarly situated,

Plaintiff,

Civil Action No: 1:26-cv-03055

-v.-

Kitchen Resource Direct LLC,

Defendants.

----------------------------------------------------------------------x

**JOINT STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as to Plaintiff and the Defendant in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** June 5, 2026

| **For Plaintiff Erika Randolph** | **For Defendant Kitchen Resource Direct LLC,** |
| --- | --- |
| */s/ Uri Horowitz, Esq.*<br>Uri Horowitz, Esq.<br>**Horowitz Law, PLLC**<br>144-41 70th Road<br>Flushing, NY 11367<br>uri@horowitzlawpllc.com<br>(718) 705-8700 | */s/ Ryan Benson, Esq.*<br>Ryan Benson, Esq.<br>**O'Hagan Meyer, LLC**<br>1 East Wacker Drive, #3400<br>Chicago, Illinois 60613<br>rbenson@ohaganmeyer.com<br>(312) 422-6138 |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was electronically filed on June 3, 2026 with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record. I also emailed this Notice to all parties who have not made an appearance in this case.

This 3rd day of June, 2026

Respectfully Submitted,

*/s/ Uri Horowitz*
Uri Horowitz, Esq.